United States District Court
Northern District of California

1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7            NORTHERN DISTRICT OF CALIFORNIA
8
9  DEAN MICHAEL STEVENS,                Case No. 13-cv-04653-WHO (PR)
       Petitioner,
10
    v.                                  **ORDER OF DISMISSAL**
11
   TOM ALLMAN, et al.,
12
       Respondents.
13

Petitioner Dean Stevens has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $5.00. His application is incomplete because it does not include a completed Certificate of Funds signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion must contain (1) a completed and signed Certificate of Funds, or (2) full payment for the filing fee of $5.00. The Clerk shall enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 18, 2013

_____
WILLIAM H. ORRICK
United States District Judge