UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MICHAEL STEVENS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TOM ALLMAN, et al.,<br><br>　　　　Respondents. | Case No. 13-cv-04653-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner Dean Stevens has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $5.00. His application is incomplete because it does not include a completed Certificate of Funds signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion must contain (1) a completed and signed Certificate of Funds, or (2) full payment for the filing fee of $5.00. The Clerk shall enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 18, 2013

　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　United States District Judge